IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SOLANGE SOL, ET AL.,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: 8:22-cv-02999-AAQ |
| | * | |
| | * | |
| **M&T BANK, ET AL.,** | * | |
| | * | |
| Defendants. | * | |
| | * | |

## PLAINTIFF'S MOTION TO COMPEL
## DEPOSITION TESTIMONY OF DEFENDANT OBED LONGANG

Pursuant to Federal Rule of Civil Procedure 37(a)(3) and the District Court Local Rule 104, Plaintiff, Solange Sol , by and through her attorneys, Joseph M. Nde Fah, and Fah Law Group, P.C., respectfully moves the Court for an Order compelling Defendant Obed Longang to appear and testify at his deposition scheduled for November 28, 2024 at 10 a.m.

This Motion is supported by the Plaintiff's Memorandum of Law and the accompanying exhibits filed concurrently with this motion; it is further supported by the record of this action, and other oral or written arguments that may be offered by the parties at or before any hearing on this motion.

Plaintiff's counsel hereby certifies pursuant to Federal Rule of Civil Procedure 37(a)(1) and the applicable local rules that the parties have conferred in good faith regarding this discovery dispute, and the Plaintiff is unable to obtain it without Court action.

A proposed order is attached hereto.

Dated: November 7, 2024

Respectfully submitted,

**FAH LAW GROUP, P.C.**

/s/ Joseph M. Nde Fah
_____

Joseph M. Nde Fah, Esq.
(Bar No.: 13932)
8757 Georgia Avenue, Suite 440
Silver Spring, MD 20910
T: (301) 585 3314
F: (301) 585 0854
jfah@fahlawgroup.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2024 I filed via the Court's CM/ECF system the foregoing Plaintiff's motion to Compel the Deposition testimony of Defendant Longang and the accompanying Memorandum of Points and Authorities, and I understand that the system caused service of same on all counsel of record and registered users via the court's electronic filing system.

/s/ Joseph M. Nde Fah
_____
Joseph M. Nde Fah, Esq.