IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SOLANGE SOL, ET AL.,** | * |
| **Plaintiffs,** | * |
| v. | * Case No.: 8:22-cv-02999-AAQ |
| **M&T BANK, ET AL.,** | * |
| **Defendants**. | * |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT LONGANG'S DEPOSITION TESTIMONY**

Solange Sol ("Plaintiff"), by and through her attorney, Joseph M. Nde Fah, and Fah Law Group, P.C., files this Memorandum of Points and Authorities in support of her Motion to Compel the Deposition testimony of Defendant Obed Jipmou Longang ("Longang").

## I.   INTRODUCTION

Ms. Sol hereby moves pursuant to Federal Rule of Civil Procedure 37(a)(1), and the District of Maryland Local Rule 104, to compel Defendant Longang to appear and testify at his deposition, which has been scheduled for November 28, 2024, beginning at 10 a.m. at the Law offices of Fah Law group, P.C. Copy of the Notice of Deposition is attached as Exhibit 1.

In their third Amended Complaint (ECF 84) the Plaintiffs set forth very specific facts supportive of the causes of action against Defendant Longang. This Defendant filed an answer in which he denied all factual statements. Given that this entire case hinges on the credibility of the parties, Ms. Sol sought to Depose Defendant Longang, who initially resisted the effort, on the grounds that he was sick. The Court granted an extension of time (ECF 96), so that Longang may recover from his illness and appear for his deposition. To date, Longang has not been deposed. And, absent an

order from this Court, Longang will not be deposed. And, unless he is deposed, it is unlikely the Plaintiffs will fully and successfully prosecute the causes of actions filed against Longang.

## II.   ARGUMENTS

The Plaintiff's discovery request is straightforward and simple: a deposition testimony of Defendant Lonagng. This case rests squarely on the credibility of the parties. And, so far, Defendant Longang has managed to successfully thwart the Plaintiffs' attempt to collect evidence of his untrustworthiness. For instance, the Plaintiffs asserted verified factual statements in their Third Amended Complaint ("TAC"). The short statements leave no room for Defendant Longang to weasel his way out of directly admitting or denying the specific factual allegations. Nonetheless, Longang steered clear of providing specific admission or denial.

Longang answered ¶ 6 through ¶169 of the TAC with the exact same boiler plate language: "Longang lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs, and therefore, denies the same and demands strict proof thereof." Longang copied and pasted this phrase 141 times before adding a variant at ¶148 of his answers "As to paragraphs 148 through 169, Longang lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations in these paragraphs, and therefore, denies the same and demands strict proof thereof." ¶ 148 of Longang's answers essentially summed up 21 paragraphs into a single standard boilerplate answer.

In the light of these responses, the Plaintiffs reasonably believe that any written discovery would be futile. They opted for the deposition of Defendant Longang. Despite Plaintiffs' efforts to depose him[1], Longang has not yet been deposed. Longang claimed illness as an excuse to sit for

---

[1] See Exhibit 3 Certificate of Good Faith

deposition. The Court granted an extension of time for him to recover. The extension was until September 29. To date, Longang has not been deposed. Plaintiff Sol has now noticed his deposition for November 28, 2024, and prays this Court to order him to appear on that date. And, to the extent that Longang continues to assert that he is medically unfit to sit for deposition, then the Plaintiffs pray the Court to order Longang to submit to an independent medical examination and produced his medical records.

### III.     CONCLUSION

FOR THE FOREGOING REASONS, Ms. Sol prays the Court to Grant this motion and Order Defendant Longang to appear at deposition as Scheduled.

Respectfully submitted,

**FAH LAW GROUP, P.C.**

/s/ Joseph M. Nde Fah
_____

Joseph M. Nde Fah, Esq.
(Bar No.: 13932)
8757 Georgia Avenue, Suite 440
Silver Spring, MD 20910
T: (301) 585 3314
F: (301) 585 0854
jfah@fahlawgroup.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November 2024 I filed via the Court's CM/ECF system the foregoing Plaintiff's motion to Compel the Deposition testimony of Defendant Longang and the accompanying Memorandum of Points and Authorities, and I understand that the system caused service of same on all counsel of record and registered users via the court's electronic filing system.

/s/ Joseph M. Nde Fah
_____
Joseph M. Nde Fah, Esq.